# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DANIELLE SUDDUTH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ARCHER PROPERTIES, L.L.L.P., and )<br>CHARLES D. MENSER, JR. )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION NO.  1:17-cv-0491<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff Danielle Sudduth and Defendants Archer Properties, L.L.L.P. and Charles D. Menser and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above styled civil action **WITH PREJUDICE**. Each party to pay its own fees, expenses and costs.

Respectfully submitted this 4th day of August, 2017.

| | |
|---|---|
| /s/ Ray S. Smith, IIII | /s/  William Daniel Davis |
| Ray S. Smith, III | William Daniel Davis |
| Georgia Bar No. 662555 | Georgia Bar No. 746811 |
| rsmith@smithliss.com | DDavis@IchterDavis.com |
| SMITH & LISS, LLC | ICHTER DAVIS, LLC |
| Five Concourse Parkway, Suite 2600 | 3340 Peachtree Rd #1530 |
| Atlanta, Georgia 30328 | Atlanta, Georgia 30326 |
| T: (404)-760-6000 | T: (404) 869-7600 |
| F: (404)-760-0225 | F: (404) 869-7610 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

{00493927. }

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE SUDDUTH,           ) | |
| ) | |
| Plaintiff,           ) | CIVIL ACTION NO.  1:17-cv-0491 |
| ) | |
| vi.           ) | |
| ) | **JURY TRIAL DEMANDED** |
| ARCHER PROPERTIES, L.L.L.P., and ) | |
| CHARLES D. MENSER, JR.           ) | |
| ) | |
| Defendants.           ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **STIPULATION OF DISMISSAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

William Daniel Davis
Ichter Davis, LLC
3340 Peachtree Rd #1530
Atlanta, Georgia 30326
T: (404) 869-7600
F: (404) 869-7610

This 4th day of August, 2017.

/s/ Ray S. Smith, III
Ray S. Smith, III
Georgia Bar No. 662555
rsmith@smithliss.com
*Attorney for Plaintiff*

{00493927. }